UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE WINFREY

Write the full name of each plaintiff.

26 CV 2249 (VSB)
(Include case number if one has been assigned)

-against-

THE YOUTUBE, INC, ETAL,

AMENDED COMPLAINT

Do you want a jury trial?
☐ Yes ☒ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED
SDNY PRO SE OFFICE
2026 AUG -3 PM 4:09

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

COPYRIGHT INFRINGEMENT

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ____________________, is a citizen of the State of
(Plaintiff's name)

____________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

____________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, YOUTUBE, INC, ET AL is a citizen of the State of
(Defendant's name)

_______________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_______________.

If the defendant is a corporation:

The defendant, YOUTUBE, INC, ET AL., is incorporated under the laws of

the State of _______________

and has its principal place of business in the State of _______________

or is incorporated under the laws of (foreign state) _______________

and has its principal place of business in _______________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

EUGENE WINFREY
First Name Middle Initial Last Name

P.O. BOX 45, 118 E. 124TH ST.
Street Address

NEW YORK NEW YORK 10035
County, City State Zip Code

347-431-1456 (HOUSE) EUGENEWINFREY855@GMAIL.COM
Telephone Number Email Address (if available)

332-267-6656 (CELL)

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: THE YOUTUBE, INC, ET AL

First Name Last Name

VIDEOS, MUSIC AND STREAMING

Current Job Title (or other identifying information)

GOOGLE LLC, D/B/A YOUTUBE, 901 CHERRY AVE.

Current Work Address (or other address where defendant may be served)

SAN BRUNO, CA. 94066

County, City State Zip Code

Defendant 2:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: ______________________________

First Name Last Name

______________________________

Current Job Title (or other identifying information)

______________________________

Current Work Address (or other address where defendant may be served)

______________________________

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: YOUTUBE MUSIC STREAMING WEBSITE

Date(s) of occurrence: DECEMBER 2025

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

(1) YOUTUBE HAVE BEEN SELLING MY RECORDS AND STREAMING MY RECORDS FOR MANY YEARS WITHOUT MY PERMISSION.

(2) YOUTUBE NEVER EVER PAID ME A PENNY!

(3) CODE: 17 U.S.C. § 506

(4) CODE: 18 U.S.C § 2319

(5) 17 U.S.C. § 501 (CODE)

(6) CODE: 17 U.S.C. § 106

(7) MYSTERIO V. AMAZON.COM, INC. & DISTROKID (S.D.N.Y. 2026)

(8) SA MUSIC LLC V. AMAZON.COM, ING./ SA MUSIC LLC V. APPLE, INC.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

(1) NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS.

(2) PAIN AND SUFFERING

(3) TRAUMA AND EMOTIONAL ABUSE

TRAUMA AND EMOTIONAL ABUSE

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

(1) CODE 18 U.S.C. § 2319 - $250,000 FINE

(2) CODE 17 U.S.C. § 504

(3) WILLFUL INFRINGEMENT - STATUTORY DAMAGES

(4) $150,000 PER WORK

(5) ACTUAL DAMAGES: THE FINANCIAL LOSS SUFFERED BY (ME) THE COPYRIGHT HOLDER PLUS ANY ADDITIONAL PROFITS THE INFRINGER MADE BECAUSE OF THE THEFT.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

8-3-2026
Dated

Eugene Winfrey
Plaintiff's Signature

EUGENE
First Name

Middle Initial

WINFREY
Last Name

P.O. BOX 45, 118 E. 124TH STREET
Street Address

NEW YORK
County, City

NEW YORK
State

10035
Zip Code

347-431-1456 (HOUSE)
332-267-6656 (CELL)
Telephone Number

eugenewinfrey855@gmail.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

STARTSEITE PODCASTS

Suchen

KÜNSTLER:IN

# the King Dr Magic

Sei einer der Ersten Follower

Ähnliche Musik Abspielen

## Veröffentlichungen




Hard [Explicit] E
Album • 2011

## Top-Songs

ALLE ANZEIGEN

1. My Dear Precious God
the King Dr Magic
2. Life Against The Odds
the King Dr Magic
3. It's Real E
the King Dr Magic
4. Lyrics Of Faith
the King Dr Magic
5. The Rising Storm
the King Dr Magic
6. Mysterious Ways ( Rap
the King Dr Magic

## Top-Alben

PAGE-1 CASE: 26-CV-2249-(VSB)
EUGENE WINFREY (AGAINST)
THE YOUTUBE, INC, ET AL

View Song
Share Song
(*) another day in hell pt1
4:49
Download
Queue
Save
Add to Playlist
View Song
Share Song
(*) HARD ( NOT MIXED AND MASTER)
3:54
Download
Queue
Save
Add to Playlist
View Song
Share Song
love joy
4:06
Download
Queue
Save
Add to Playlist
View Song
Share Song
(*) mysterious ways song
4:37
Download
Queue
Save
Add to Playlist
View Song
Share Song
its real
6:14
Download
Queue
Save
Add to Playlist
View Song
Share Song
(*) lyrics of faith
4:49
Download
Queue
Save
Add to Playlist
View Song
Share Song
life
6:31
Download
Queue
Save
Add to Playlist
View Song
Share Song
(*) what's the deal
4:32
Download
Queue
Save
Add to Playlist
View Song
Share Song
life aginst the odds
4:14
Download
Queue
Save
Add to Playlist
View Song
Share Song
black on black crime
2:52
Download
Queue
Save
Add to Playlist
View Song

PAGE-2

CASE: 26-CV-2249 (VSB)
EUGENE WINFREY
AGAINST
THE YOUTUBE, INC, ET AL

INICIO PODCASTS BIBLIOTECA Buscar




CANCIÓN

# Life Against The Odds

the King Dr Magic
Hard [Explicit]
[illegible] · [illegible]

▶ Vista Previa

(ME)
EUGENE WINFREY

## Lista de canciones del álbum

1. Just Because
2. Mixed Rap [Explicit] E
3. The Rising Storm
4. Hard [Explicit] E
5. Mysterious Ways (SONG)
6. Another Day in Hell ( Part 1 )
7. Lovejoy
8. Life [Explicit] E

PAGE - 3

CASE: 26-CV-2249 (VSB)
EUGENE WINFREY
AGAINST
THE YOUTUBE, INC, ET AL

## Selecciona tus preferencias de cookies

Utilizamos cookies y herramientas similares que son necesarias para permitirte comprar, mejorar tus experiencias de compra y proporcionar nuestros servicios, según se detalla en nuestro Aviso de cookies. También utilizamos estas cookies para entender cómo los clientes utilizan nuestros servicios (por ejemplo, midiendo las visitas a nuestro servicio) para poder hacer mejoras. Si das tu consentimiento, también utilizaremos cookies para complementar tu experiencia de compra y navegación en Amazon Music, tal y como se describe en nuestro Aviso de cookies. Tu elección se aplica a…

Leer más

Aceptar Cookies Continuar Sin Consentimiento Personalizar cookies

Home / Search / Detailed Record View

| Keyword | EUGENE WINFREY |
|---|---|

Advanced Search

# Detailed Record View

## Registration record SRu000519673

Copyright Catalog
Displaying 24 of 28 entries

Previous Next

## Another day in Hell :pt. 2, and 1 other selection.

Share Actions

| | |
|---|---|
| **Registration Number / Date** | SRU000519673 / 2003-09-10 |
| **Type of Work** | Music |
| **Title** | Another day in Hell :pt. 2, and 1 other selection. |
| **Variant Title** | Another day in Hell : pt. 2 |
| **Date of Creation** | 2003 |
| **Copyright Claimant** | © on words; Eugene Winfrey |
| **Description** | 8 p. |
| **Names** | Winfrey, Eugene |

PAGE - 4
CASE:
26-CV-2249 (VSB
EUGENE WINFREY
AGAINST
THE YOUTUBE, INC, ET AL

Home / Search / Detailed Record View

| Keyword | EUGENE WINFREY |
|---|---|

Advanced Search

# Detailed Record View

## Registration record SRu000416392

Copyright Catalog
Displaying 1 of 28 entries

◂ Previous Next ▸

## Mysterious-ways, & 6 other song lyrics.

Share Actions

PAGE-5

CASE: 26-CV-2249(VSB) EUGENE WINFREY AGAINST THE YOUTUBE, INC, ET AL

| | |
|---|---|
| **Registration Number / Date** | SRU000416392 / 2001-02-16 |
| **Type of Work** | Music |
| **Title** | Mysterious-ways, & 6 other song lyrics. |
| **Application Title** | I am a prophet from God. |
| **Variant Title** | Mysterious-ways |
| **Date of Creation** | 2001 |
| **Copyright Claimant** | © Eugene Winfrey |
| **Authorship on Application** | lyrics: Eugene Winfrey. |
| **Description** | Sheets. |
| **Names** | Winfrey, Eugene |

PAGE 9

Home / Search / Detailed Record View

| Keyword | EUGENE WINFREY |
| --- | --- |

Advanced Search

# Detailed Record View

## Registration record SRu000375440

Copyright Catalog
Displaying 23 of 28 entries

Previous Next

## What's the deal, and 1 other selection.

Share Actions

| | |
| --- | --- |
| **Registration Number / Date** | SRU000375440 / 1997-03-26 |
| **Type of Work** | Music |
| **Title** | What's the deal, and 1 other selection. |
| **Application Title** | Getting closer. |
| **Variant Title** | What's the deal |
| **Date of Creation** | 1995 |
| **Copyright Claimant** | © on words, music; Eugene Winfrey |
| **Description** | lyrics sheet.<br>Sound cassette + |
| **Copyright Note** | C.O. correspondence. |
| **Names** | Winfrey, Eugene |

PAGE-6
CASE:
26-CV-2249 (VSB)
EUGENE WINFREY
AGAINST
THE YOUTUBE, ET AL

PAGE 2

Home / Search / Detailed Record View

| Keyword | EUGENE WINFREY |
|---|---|

Advanced Search

# Detailed Record View

## Registration record SRu000288122

Copyright Catalog

Displaying 20 of 28 entries

Previous Next

### Collection; Something got to give! By Earl Watson.

Share Actions

| | |
|---|---|
| **Registration Number / Date** | SRU000288122 / 1994-02-07 |
| **Supplement to** | SRu000237752 / 1992 |
| **Supplement to Registration** | SRu 237-752, 1992 |
| **Type of Work** | Music |
| **Title** | Collection; Something got to give! By Earl Watson. |
| **Variant Title** | Collection |
| **Other Title** | Something got to give! |
| **Copyright Claimant** | © Eugene Winfrey (on original appl.: Earl Watson) |
| **Authorship on Application** | Eugene Winfrey (on original appl.: Earl Watson, stage name) |

PAGE-7

CASE: 26-CV-2249-(VSB)
EUGENE WINFREY
AGAINST
THE YOUTUBE, INC, ET AL

PAGE-8 CASE: 26-CV-2249 (VSB)
EUGENE WINFREY
AGAINST
THE YOUTUBE, INC, ET AL

Home > Digital > News

Apr 10, 2026 6:18am PT

# YouTube Premium and YouTube Music Subscription Prices Are Going Up in the U.S.

By Todd Spangler




Getty Images

Listen to this article now 3 min listen

00:00 02:44

Powered by Trinity Audio

1.0x

THE KING DR MAGIC

Sign in

Videos | Albums | Songs | Episodes | Artists | Featured playlists

Home

Explore

Library

Sign in



The King DR Magic "Mysterio 45 WAYS

Play Save

Video • dakingdrmagic • 7(

(ME) EUGENE WINFREY

LONG MINUTES 2 1/2



* NEW * $$$ HARD $$$ ( **** THE KING* DR. MAGIC **** )

Video • EUGENE WINFREY • 601 views



The King DR Magic 'Whats The Deal" Official Video.Video

Video • dakingdrmagic • 196 views

STREAMING YOUTUBE ARE MY RECORDS SOME OF



The King DR Magic "Lyrics Of Faith" Music .Video

Video • dakingdrmagic • 272 views



Black Magic EP

EP • King P Soul & Dr Ada T • 2015



Magic (feat. DjKeo Eldiego, Dr Thulz & Dvine Brothers)

Song • King Deetoy • 4K plays



THE KING (feat. Amado, Obig, TAMAK & Flyzad)

Song • BARS Collective, Amado, Obig, TAMAK, Flyzad, Bi... • 1.8K plays



Dr. Cypher, Vol. 1

Album • Dr. Magic • 2021



Dr King

Song • KrispyLife Kidd • 196K plays

The Return Of The King

PAGE-9

CASE: 26-CV-2249 (VSB)
EUGENE WINFREY
AGAINST
THE YOUTUBE, INC, ET AL

U.S. for its YouTube Premium ad-free plans and YouTube Music — the latest streaming services to ratchet up fees in recent months.

The YouTube Premium individual plan is increasing from $13.99 to $15.99/month, while the family plan (up to six accounts) is increasing from $22.99 to $26.99/month. The YouTube Music individual plan is increasing from $10.99 to $11.99/month, and the family plan is rising from $16.99 to $18.99/month.

ADVERTISEMENT

PAGE-10

CASE: 26-CV-2249-(VSB)
EUGENE WINFREY
AGAINST
THE YOUTUBE, INC, ET AL

## Related Stories

'A Star Is Born' Producer Lynette Howell Taylor Re-Elected Academy President

Netflix Sets Fall Release for Cannes Breakout 'Gentle Monster' Starring Léa Seydoux (EXCLUSIVE)

YouTube Premium's key perk is ad-free viewing; the service also provides background listening, offline video downloads and full access to YouTube Music.

## Popular on Variety

00:00 13:09 CC

In addition, the price of the YouTube Premium Lite in the U.S. is going from $7.99 to $8.99/month; that tier provides ad-free video viewing but excludes songs and music videos and does not let users download videos for offline viewing or play videos in the background.

YouTube's new subscription pricing will take effect now for new customers. Existing customers will see the new pricing in their next billing cycle in June; they will receive an email from YouTube at least 30 days in advance confirming their new subscription price.

In a statement, a YouTube spokesperson said: "We're updating the price for YouTube Premium plans in the U.S. for the first time since 2023 to continue delivering a high-quality experience that supports creators and artists on YouTube. This change allows us to maintain the features our members value most: ad-free viewing, background play, and a massive library of 300M+ tracks on YouTube Music."

ADVERTISEMENT

PAGE-11 CASE: 26-CV-2249-(VSB)
EUGENE WINFREY

The first time the video platform had raised prices on its premium subscription service came in July 2023, when YouTube Premium went up from $11.99 to $13.99/month and YouTube Music increased from $9.99 to $10.99/month in the U.S. It launched YouTube Premium in 2018 as the successor to the YouTube Red service that debuted in 2015.

from 100 million in 2024.

Other major streaming services have also recently hiked prices. Disney+ and Hulu, HBO Max and NBCUniversal's Peacock upped pricing last year, and Netflix rolled out a U.S. price increase on all plans starting last month. Paramount+ raised prices in January and Amazon's ad-free Prime Video tier (called "Ultra") now costs $5/month extra.

In addition, Spotify raised U.S. prices earlier this year, with an individual plan increasing from $11.99 to $12.99/month.

**Read More About:** YouTube, YouTube Music, YouTube Premium

Want to read more articles like this one?
**Subscribe Today**

## More from Variety

CASE: 26-CV-2249-(VSB)

PAGE-72

EUGENE WINFREY
AGAINST
THE YOUTUBE, INC.

**NBCU's Peacock Limited-Ads Tier Launches on YouTube Primetime Channels**