USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/7/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE WINFREY,

Plaintiff,

-against-

THE YOUTUBE, INC, et al.,

Defendants.

26-CV-2252 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On August 3, 2026, plaintiff, who is proceeding pro se, filed his First Amended Complaint (FAC) in this matter. *See* Dkt. 29.

No later than **August 17, 2026**, defendants Google LLC (Google) and YoutTube, LLC (YouTube) must either: (i) answer or otherwise respond to the FAC, or (ii) submit a letter advising the Court that they intend to rely on their previously filed Motion to Dismiss the original complaint (Dkt. 20) pursuant to Fed. R. Civ. P. 12(b)(6). Google and YouTube are reminded that they must serve any answer, response, or letter filed in accordance with this order on the pro se plaintiff at his address of record.

Dated: New York, New York
August 7, 2026

**SO ORDERED.**

______________________________
**BARBARA MOSES**
**United States Magistrate Judge**